[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10930

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

DONOVAN SHABAZZ,
a.k.a. Harold Baker,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00362-VMC-AAS-1

2                        Opinion of the Court                        25-10930

——————————————

Before JORDAN, JILL PRYOR, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Donavan Shabazz, *pro se*, appeals from the district court's March 10, 2025, paperless order denying his motion for extension of time to file pretrial motions. However, this order is not final, because all counts in the superseding indictment remain pending, *i.e.,* Shabazz has not been convicted or sentenced. *See Flanagan v. United States*, 465 U.S. 259, 263 (1984) (providing that the rule of finality "prohibits appellate review until conviction and imposition of sentence"). Moreover, the court's order is not immediately appealable under the collateral order doctrine. *See United States v. Shalhoub*, 855 F.3d 1255, 1260 (11th Cir. 2017) (describing the collateral order doctrine and recognizing a limited number of orders that implicate the doctrine in the context of a criminal case).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.